IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID ROBERT BENTZ,** | |
| Plaintiff, | |
| v. | Case No. 18-cv-18-NJR-RJD |
| **SHARON MCGLORN,** *et al.*, | |
| Defendants. | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Reona J. Daly (Doc. 141) regarding the motion for preliminary injunction (Doc. 29) filed by Plaintiff David Robert Bentz. The Report and Recommendation was entered on May 22, 2019; it recommends denying the motion for preliminary injunction (Doc. 141). No objections were filed.

Where neither timely nor specific objections to the Report and Recommendation are made, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The undersigned has reviewed Magistrate Judge Daly's Report and Recommendation and finds there is no clear error in her findings of fact or conclusions of law. Accordingly, the Report and Recommendation (Doc. 141) is **ADOPTED** in its

entirety. The Court **DENIES** the motion for preliminary injunction (Doc. 29) filed by Plaintiff Bentz.

    **IT IS SO ORDERED.**

    DATED:   August 6, 2019

                                                  **NANCY J. ROSENSTENGEL**
                                                **Chief U.S. District Judge**