IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DAVID ROBERT BENTZ, #S03210, | ) |
| Plaintiff, | ) |
| vs. | ) No. 18-18-NJR |
| SHARON MCGLORN, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SANCTIONS**

NOW COME Defendants, THOMAS LAFOND, AIMEE LANG, JACQUELINE LASHBROOK, KENNETH LITTLE, NICOLE MARSHALL, ERIN MEARS-ATTIG, MICHAEL MONJE, DERRICK THREADGILL, JASON WALLER, BILL WESTFALL, RONALD SKIDMORE and HOLLY HAWKINS, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois and for their Motion for Sanctions, state as follows:

1. Plaintiff filed pleadings in multiple cases on multiple dates with fraudulent Certificates of Service. In this case, Plaintiff's pleadings include a Certificate of Service with dates of October 29, 2019 (Doc. 172) and November 5, 2019 (Doc. 171). Each had dates indicating the pleadings were sent before the respective deadlines ran. This is not a mistake as Plaintiff filed multiple pleadings on different days with the incorrect dates and information on the Certificate of Service.

2. Defendants fully incorporate the information presented in their Response to Plaintiff's Objections to the Report and Recommendation and to the Orders at 123 and 168. (Court Doc. 175).

3. Mr. Bentz submitted the documents for filing with back-dated dates on the Certificates of Service. Each time the Certificates of Service were filled out prior to giving the documents to the Law Library for filing. Plaintiff included false information on the certificates. Each time the e-filings were personally delivered by Mr. Bentz or were picked up at his cell by an Assistant Law Librarian, and not placed in the institutional mail as certified by Mr. Bentz. (Exhibits A and B).

4. The Certificates of Service ("COS") vary slightly.

   a. On November 19, 2019, the COS in this case is found at document 171, and states, "I, David Bentz, pro-se, prisoner, Plaintiff in above-entitled action certify on the below date I placed within Menard Correctional Centers (sic) institutional mail to Law Library for e-filing to this Court attached: Objection to R&R D/E #169/ D/E #137 per extention (sic) to amend Complaint identifying Does." It is dated "11/05/2019."

   b. On November 19, 2019, the COS in this case is found at document 172, and states, "I, David Bentz, pro-se, prisoner, Plaintiff hereby certify on below date I placed above within Menard Institutional mail to Law Lib for e-filing to this Court." It is dated "10/29/2019."

   c. On December 3, 2019, in case *Bentz v. Maue,* et al, docket number 16-cv-854, the pleading filed is found at document 177 with a COS that states, "I, David Bentz, pro-se, prisoner, Plaintiff hereby certify that on below date I placed the above attached motion within Menard Correctional Centers (sic) institutional mail to the Law Library for e-filing to this Court and attached exhibits totaling 42 pages." It is dated "11/27/209."

   d. The last pleading was sent to the email for e-filing on November 26, 2019. Due to an incorrect email address, this was e-filed on December 10, 2019, with a date of November 26, 2019, and found at docket entry 179. This COS states, "I David Bentz, pro-se, prisoner, Plaintiff, certify on below date I placed above within Menard Institutional Mail to Law Lib for e-filing to this Court." It is dated "10/29/2019."

These pleadings indicate Mr. Bentz took the time to write out each COS with particularity. Each contain two parts of false information: (1) back-dated dates, and (2) false entries

of how each were sent.

5. Federal Rule of Civil Procedure 11(b) states, in pertinent part: "By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief ... it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation ..." Fed. R. Civ. P. 11(b)(1).

6. Knowingly submitting a false or fraudulent document is clear violation of Federal Rule of Civil Procedure 11.

7. Counsel for Defendants gave Plaintiff notice and the opportunity to cure the aforementioned conduct, pursuant to Federal Rule of Civil Procedure Rule 11(c), by mailing a letter and draft copy of this motion to him on December 13, 2019.

8. Plaintiff is not the typical *pro se* litigant. Since November of 2011, Plaintiff has filed twenty-four lawsuits between the United States District Courts for the Central, Northern, and Southern Districts. *See* Search Results for David Bentz as Plaintiff in civil cases in the Seventh Circuit, https://pcl.uscourts.gov/ (last visited July 23, 2018). A copy of the PACER Case Locator Search Results are attached to this Motion as Exhibit C. Based on Plaintiff's litigation history, it is clear Plaintiff is an experienced litigant and should know that he cannot file forged documents with the court.

9. As of the filing of this motion, Plaintiff has not withdrawn the documents.

10. Given the ease with which Plaintiff filed falsified documents and has utilized them in support of his case, Defendants contend that monetary sanctions will be insufficient to address this issue or to deter it from occurring again in the future. Moreover, it is uncertain whether Plaintiff has any funds available to pay monetary sanctions, if they are awarded. Therefore, the Defendants request this Court dismiss Plaintiff's Complaint as a sanction for Plaintiff's conduct. *See Ridge Chrysler Jeep v. DaimlerChrysler Fin. Servs.*, 516 F.3d 623, 626 (7th Cir. 2008) ("One who misuses litigation to

obtain money to which he is not entitled is hardly in a position to insist that the court now proceed to address his legitimate claims, if any there are.")

WHEREFORE, Defendants respectfully request this Court sanction Plaintiff for filing false documents and misleading the Court, and dismiss the claims against them.

    Respectfully submitted,

THOMAS LAFOND, AIMEE LANG, JACQUELINE LASHBROOK, KENNETH LITTLE, NICOLE MARSHALL, ERIN MEARS-ATTIG, MICHAEL MONJE, DERRICK THREADGILL, JASON WALLER, BILL WESTFALL, RONALD SKIDMORE and HOLLY HAWKINS,

    Defendants,

KWAME RAOUL, Attorney General,
State of Illinois,

    Attorney for Defendants,

Jeanine Armstrong #6271105
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8781

BY:   s/ Jeanine Armstrong
    Jeanine Armstrong #6271105
    Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DAVID ROBERT BENTZ, #S03210,     ) | |
|     ) | |
|     Plaintiff,    ) | |
|     ) | |
| vs.    ) | No. 18-18-NJR |
|     ) | |
| SHARON MCGLORN, et al.,    ) | |
|     ) | |
|     Defendants.    ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2020, the foregoing document, <u>Motion for Sanctions</u>, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Timothy P. Dugan tdugan@cassiday.com
Alison J. Matusofsky amatusofsky@cassiday.com

and I hereby certify that on the same date, I caused a copy to be mailed by United States Postal Service, the document to the following non-registered participant:

David Robert Bentz, S03210
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 1000
Menard IL   62259

    Respectfully Submitted,

    s/ Jeanine Armstrong _____
    Jeanine Armstrong #6271105
    Assistant Attorney General
    201 West Pointe Dr. Suite 7
    Swansea, IL 62226
    Phone: (618) 236-8781
    Fax: (618) 236-8620
    E-Mail:  jarmstrong@atg.state.il.us